USCA1 Opinion

 

 September 4, 1992 [NOT FOR PUBLICATION] ___________________ No. 92-1037 REV. GERALD GORDON, ET AL., Plaintiffs, Appellants, v. JAMES E. O'NEIL, ET AL., Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, Senior U.S. District Judge] __________________________ ___________________ Before Breyer, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Cyr, Circuit Judge. _____________ ___________________ Rev. Gerald Gordon on brief pro se. __________________ James E. O'Neil, Attorney General, and Richard B. Woolley, ________________ __________________ Assistant Attorney General, on brief for appellees. __________________ __________________ Per Curiam. We have reviewed the parties' briefs and the __________ record on appeal. We affirm essentially for the reasons stated in the district court's memorandum and order, dated September 12, 1991, and entered on September 16, 1991. Affirmed. _________